

**ORDERED in the Southern District of Florida on February 11, 2013.**

_A. Jay Cristol_
A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:
MICHAEL D. LYNCH
AND CANDENCE B. LYNCH,                    Case No. 12-27731-AJC

_____Debtors._____/

**AGREED ORDER ON MOTION TO VALUE AND DETERMINE SECURED
STATUS OF LIEN ON REAL PROPERTY HELD BY SUNTRUST BANK N.A.**
*(This order cancels the status conference scheduled for 2/13/13 @ 10:30 a.m.)*

THIS CASE came to be heard on the Debtors' *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 9) held by SunTrust. Upon consideration of the motion and the record, the Court FINDS as follows:

Subject Property: 12860 SW 21 Street, Miami, FL 33175

1. Debtors' *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 9) held by SunTrust Bank N.A. is **GRANTED as modified by the agreement of Debtors and**

    **SunTrust Bank N.A.**

2.  Debtors and SunTrust Bank N.A. have agreed that the debtors shall remit $200 per month for ten years directly to SunTrust Bank N.A., for a total of $24,000.00. Payments shall begin March 1, 2013.

3.  The debtors shall remit payment to Bankruptcy Division, SunTrust Bank, P O Box 85092, Richmond, VA 23286.

4.  If the Debtors comply with the terms of this Order and after the Debtors receive their Chapter 7 Discharge, a satisfaction of Mortgage relieving the Debtors of any obligation to the Lender shall be issued and recorded in the public records.

5.  Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtors receive a discharge in this chapter 7 case.

###

Copies furnished via ECF to:
Gerard M. Kouri, Jr., Esq., counsel for Suntrust
Barry Mukamal, trustee
Zach Shelomith, Esq., attorney for the trustee

Attorney Kouri is directed to mail a conformed copy of this Order to Michael & Candence Lynch, debtors, immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.